IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

JOHN R. SANNER                                                          PLAINTIFF

        v.                    Civil No. 05-1081

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                 DEFENDANT

## JUDGMENT

Comes now the Court on this 13th day of July, 2006, in accordance with the Memorandum Opinion entered in the above styled case on today's date, and hereby considers, orders and adjudges that the decision of the Commissioner of the Social Security Administration is affirmed and the plaintiff's Complaint is dismissed with prejudice.

IT IS SO ORDERED.

      /s/ Bobby E. Shepherd
      HONORABLE BOBBY E. SHEPHERD
      UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)